EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 423-2021-01040 |

_____ and EEOC
State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| MS. HATTIE M JONES | (b)(7)(C) | (b)(7)(C) |

| Street Address | City, State and ZIP Code |
|---|---|
| (b)(7)(C) | FOREST HILL, TX 76119 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.  (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| MCCOMB SCHOOL DISTRICT | 15 - 100 | (601) 684-4661 |

| Street Address | City, State and ZIP Code |
|---|---|
| 695 MINNESOTA AVENUE, SOUTH MCCOMB, MS 39648 | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 03-15-2021   Latest: 04-27-2021

☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I was hired by the above employer on July 18, 2019 as a Teacher at $58,510/year. On April 27, 2021, I was terminated.

On March 17, 2021, I was contacted via email by personnel to take unpaid sick leave because of my disability and sent a FMLA form (that was not readable). On April 20, 2021, I received another FMLA form via email that I could not open and contacted personnel to request that a copy be mailed and was denied. I also requested a reasonable accommodation and was denied.

I believe I have been discriminated against because of my disability in violation of the Americans with Disabilities Act of 1990, as amended, because I was denied a reasonable accommodation due to my disability.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally signed by Hattie M Jones on 07-29-2021 08:37 AM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

**EXHIBIT A**